IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROGENA MCGARRY, *et al.*, | No. 1:24-CV-01829 |
| Plaintiffs, | (Chief Judge Brann) |
| v. | |
| JACOB YEAGER, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 6th day of May 2025, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 22) is **GRANTED** without prejudice as to Counts I and IV;

2. Defendants' motion to dismiss is otherwise **DENIED**;

3. Defendants shall **ANSWER** the Plaintiffs' second amended complaint within fourteen (14) days of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge